IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

RECEIVED
CLERK'S OFFICE

2018 FEB 13 PM 12: 06

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH **brianburnette2@gmail.com** THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | Case No. 3:18-mj-3<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant and court order of the existence of the attached warrant and court order until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant and court order will seriously jeopardize the investigation or unduly delay a trial, including by: giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or endanger the life or physical safety of an individual. See 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google, Inc. shall not disclose the existence of the attached warrant and court order, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Google, Inc. may disclose the attached warrant and court order to an attorney for Google, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

SO ORDERED this 13th day of February, 2018.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE